

**ANDREA M. ROBERTS**
(646) 362-4048
Fax (646) 224-9596
aroberts@mcglinchey.com

ATTORNEYS AT LAW

ALABAMA · CALIFORNIA · FLORIDA · LOUISIANA · MISSISSIPPI · NEW YORK · OHIO · TEXAS · WASHINGTON, DC

April 22, 2016

**Via ECF**
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 21A
New York, New York 10007

      RE:    *Constance Joy v. US Bank NA, as Trustee, et al.*
                 Docket No.: 15-cv-09015(NRB)

Dear Judge Buchwald:

      This firm represents Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank National Association, as Trustee, on behalf of the holders of the Home Equity Asset Trust 2006-5 Home Equity Pass-Through Certificates, Series 2006-5, incorrectly named in the Complaint as US Bank NA as Trustee for Securitized Trust Home Equity Asset Trust 2006-5 ("U.S. Bank," together with SPS, the "Defendants") in the above-referenced action.

      Pursuant to Your Honor's April 4, 2016, Order, [Dkt. No. 21], the parties were directed to confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapsed from the filing of the Defendants' Motion to Dismiss to the filing of Defendants' Reply. The parties have now conferred and jointly propose the following briefing schedule:

- Defendants shall move to dismiss the Amended Complaint on or before April 29, 2016;
- Plaintiff shall file her answering papers and memorandum of law on or before May 20, 2016; and
- Defendants shall file its reply papers and memorandum of law on or before June 3, 2016

We respectfully ask that the Court endorse this proposed briefing schedule.

                                 Respectfully submitted,

                                   **McGlinchey Stafford**

                                   *Andrea M. Roberts*
                                   Andrea M. Roberts

Cc:    Steven Rabitz, Esq. (via ECF)
        *Plaintiff's Counsel*

112 West 34th Street, Suite 1403 • New York, NY 10120 • (646) 362-4000 • Fax (646) 607-4464 • www.mcglinchey.com

McGlinchey Stafford PLLC in Alabama, Florida, Louisiana, Mississippi, New York, Ohio, Texas, and Washington, DC.
McGlinchey Stafford LLP in California.